

# SUPREME COURT OF ILLINOIS

SUPREME COURT BUILDING
200 East Capitol Avenue
SPRINGFIELD, ILLINOIS 62701-1721

CYNTHIA A. GRANT
Clerk of the Court

(217) 782-2035
TDD: (217) 524-8132

April 17, 2025

FIRST DISTRICT OFFICE
160 North LaSalle Street, 20th Floor
Chicago, IL 60601-3103
(312) 793-1332
TDD: (312) 793-6185

Hon. Christopher G. Conway
Clerk of the United Stated Court of Appeals
   for the Seventh Circuit
219 South Dearborn Street, Room 2722
Chicago, Illinois 60604

       In re:    Griffith Foods International Inc. v. National Union Fire Insurance Company of Pittsburgh, PA
               131710

Dear Mr. Conway:

Enclosed is a certified order entered April 17, 2025, by the Illinois Supreme Court in the above-captioned cause.

                Very truly yours,

                *Cynthia A. Grant*

                Clerk of the Supreme Court

cc:    Gary Scott Feinerman
        James Matthew Davis
        Thomas H. Dupree Jr.

# State of Illinois
# Supreme Court

*I, Cynthia A. Grant, Clerk of the Supreme Court of the State of Illinois, and keeper of the records, files and Seal thereof do hereby certify the following to be a true copy of an order entered April 17, 2025, in a certain cause entitled:*

| | |
|---|---|
| 131710 | ) |
| | ) |
| Griffith Foods International Inc., et al., | ) |
| | ) |
|     Plaintiffs-Appellees | ) |
| | ) Certif. 7th Cir. |
|     v. | ) |
| | ) Federal Court, Seventh Circuit |
| National Union Fire Insurance Company of Pittsburgh, PA, | ) 24-1223, 24-1217 |
| | ) |
|     Defendant-Appellant | ) |

*Filed in this office on the 11th day of April A.D. 2025.*



*IN TESTIMONY WHEREOF, I have set my hand and affixed the seal of said Supreme Court, in Springfield, in said State, this 17th day of April, 2025.*

*Cynthia A. Grant*

*Clerk,*
*Supreme Court of the State of Illinois*

131710

IN THE

SUPREME COURT OF ILLINOIS

| | |
|---|---|
| Griffith Foods International Inc., et al., <br><br> Plaintiffs-Appellees <br><br> v. <br><br> National Union Fire Insurance Company of Pittsburgh, PA, <br><br> Defendant-Appellant | Certif. 7th Cir. <br><br> Federal Court, Seventh Circuit <br> 24-1223, 24-1217 |

O R D E R

    Pursuant to Supreme Court Rule 20, this Court will answer the question of law certified to this Court by the United States Court of Appeals for the Seventh Circuit in <u>Griffith Foods International Inc., et al. v. National Union Fire Insurance Company of Pittsburgh, PA</u>, Nos. 24-1217 and 24-1223. The brief of the appellant is due May 22, 2025. Remaining briefs shall be filed according to Supreme Court Rule 343.

    Order Entered by the Court.

**FILED**
April 17, 2025
SUPREME COURT
CLERK